| | |
|---|---|
| 1 | **DOLL AMIR & ELEY LLP** |
| | HUNTER R. ELEY (SBN 224321) |
| 2 | heley@dollamir.com |
| | 1888 Century Park East, Suite 1850 |
| 3 | Los Angeles, California 90067 |
| | Tel: 310.557.9100 |
| 4 | Fax: 310.557.9101 |

Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.,
ERRONEOUSLY SUED AS
CAPITAL ONE BUSINESS CREDIT CORP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE HOWARD,<br><br>  Plaintiff,<br><br>v.<br><br>CAPITAL ONE BUSINESS CREDIT CORP,<br><br>  Defendant. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1441(a), 28 U.S.C. §1331 (FEDERAL QUESTION)**<br><br>[Los Angeles County Superior Court Case No. 16M03524]<br><br>Complaint Filed: April 18, 2016<br>Trial Date:     TBD |

DOLL AMIR & ELEY LLP

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE THAT** Defendant Capital One Bank (USA), N.A., erroneously sued as Capital One Business Credit Corp ("Capital One"), hereby invokes this Court's jurisdiction under the provisions of 28 U.S.C. § 1441(a) and 28 U.S.C. § 1331, and removes this action from state court to federal court pursuant to 28 U.S.C. § 1446(b).

**A.    JURISDICTION**

1.    Capital One specifically alleges that this Court has federal question jurisdiction over this action pursuant to 28 U.S.C. §§ 1441(a) and § 1331 because Plaintiff Michelle Howard ("Plaintiff") alleges causes of action arising under the laws of the United States. Specifically, Plaintiff asserts that Capital One violated the "FCRA [Fair Credit Reporting Act] 623(A)(8), FCRA section 617 USC 1080(o), FCRA section 616.15. . . ."

**B.    STATEMENT OF THE CASE**

2.    On April 18, 2016, Plaintiff filed a Small Claims Complaint ("Complaint") in the Superior Court of the State of California for the County of Los Angeles, designated as Case Number 16M03524 (the "Action"). Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings and orders served upon Capital One in this case is attached hereto as *Exhibit A*.

3.    Plaintiff asserts causes of action in her Complaint against Capital One arising under the Fair Credit Reporting Act.

**C.    BASIS FOR REMOVAL**

4.    This Court has jurisdiction over this Action pursuant to 28 U.S.C. § 1331 because Plaintiff alleges causes of action under the Fair Credit Reporting Act, which is a law of the United States.

5.    Specifically, Plaintiff's Complaint alleges that Capital One violated the "FCRA [Fair Credit Reporting Act] 623(A)(8), FCRA section 617 USC 1080(o),

DOLL AMIR & ELEY LLP

FCRA section 616.15. . . ." Adjudication of Plaintiff's Complaint thus requires an analysis and construction of federal law. Accordingly, this Action may be removed to this Court by Capital One pursuant to 28 U.S.C. § 1441(a) and § 1331 because this Court would have had original jurisdiction founded on Plaintiff's claims arising under the Fair Credit Reporting Act.

**D.     ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED.**

6.     Removal of this action is timely. Capital One received service by certified mail of a copy of the Complaint in this action on May 2, 2016. Therefore, this Notice of Removal is "filed within thirty [30] days after receipt by the defendant . . . of a copy of [Plaintiff's Summons and Complaint]" in accordance with the time period mandated by 28 U.S.C. §1446(b).

7.     Capital One is the only named Defendant in the action and therefore no consent of additional parties is required.

8.     Venue lies in the United States District Court for the Central District of California pursuant to 28 U.S.C. §1441(a) because the Action was filed in this District.

9.     As stated above, pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings and orders received by Capital One from Plaintiff in the Action are attached hereto as *Exhibit A*.

10.     Written notice of the filing of this Notice of Removal will be promptly served upon Plaintiff. Capital One will also promptly file a copy of this Notice with the Clerk of the Superior Court of California, County of Los Angeles.

///
///
///

1  **WHEREFORE** Capital One prays that the above Action now pending against
2  it in the Superior Court of the State of California, County of Los Angeles, be removed
3  therefrom to this Court.

5  DATED: June 1, 2016          DOLL AMIR & ELEY LLP

7                               By: */s/ Hunter R. Eley*_____
                                    HUNTER R. ELEY
8                                Attorneys for Defendant,
                                 CAPITAL ONE BANK (USA), N.A.,
9                                ERRONEOUSLY SUED AS CAPITAL
                                 ONE BUSINESS CREDIT CORP