MICHELLE HOWARD
4302 8th Ave.
Los Angeles, CA 90008
Tel: 323.309.6589

Plaintiff, in pro se

**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel: 310.557.9100
Fax: 310.557.9101

Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.,
ERRONEOUSLY SUED AS
CAPITAL ONE BUSINESS CREDIT CORP

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE HOWARD,<br><br>              Plaintiff,<br><br>v.<br><br>CAPITAL ONE BUSINESS CREDIT CORP,<br><br>              Defendant. | Case No. 2:16-cv-03824-JEM<br><br>*Assigned to Magistrate Judge John E. McDermott*<br><br>**JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND CAPITAL ONE BANK (USA), N.A.**<br><br>Complaint Filed:   April 18, 2016<br>Trial Date:            TBD |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT** Plaintiff Michelle Howard and Defendant Capital One Bank (USA), N.A., erroneously sued as Capital One Business Credit Corp. (collectively, the "Parties") have reached a settlement as to the above-captioned matter. Accordingly, the Parties request that the Court vacate all pending deadlines and hearings. Upon execution and completion of a settlement agreement, and in no event later than forty-five (45) days from the filing of this Notice, the Parties will file a Stipulation and Proposed Order of Dismissal with Prejudice.

DATED: July 27, 2016

By: /s/ Michelle Howard
MICHELLE HOWARD
Plaintiff, in pro se

DATED: July 27, 2016

DOLL AMIR & ELEY LLP

By: /s/ Hunter R. Eley
HUNTER R. ELEY
Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.,
ERRONEOUSLY SUED AS CAPITAL
ONE BUSINESS CREDIT CORP